UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        v.                        CASE NO.: 1:12-CR-381 (NAM)

MICHAEL BOUCHARD,

        Defendant.

_____

## REQUEST FOR TRANSCRIPT

TO: **Jodi Hibbard,**
      Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following: Direct and Cross examination of Michael Bouchard held on 11/26/12 before Hon. Norman A. Mordue in Syracuse, New York.

                                      */s/ Michael C. Olmsted*
                                      AUSA Name: Michael C. Olmsted
                                      NDNY Bar Roll # 505858
                                      U.S. Attorney's Office
                                      P.O. Box 7198, 100 S. Clinton Street
                                      Syracuse, New York 13261

### Certificate of Service

I hereby certify that on February 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

    Lee Greenstein, Esq.

                                        *s/ Lori A. Geer*
                                        Lori A. Geer

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction.