UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

**UNITED STATES OF AMERICA**

        **-V-**                                    **1:12-CR-381-01 (NAM)**

**MICHAEL G. BOUCHARD,**

                    **Defendant.**

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

APPEARANCES:

Hon. Richard S. Hartunian, United States Attorney
Tamara B. Thomson, Esq., Assistant United States Attorney
100 South Clinton Street
Syracuse, New York 13261

The Law Offices of Nathaniel Z. Marmur, PLLC
Nathaniel Z. Marmur, Esq., of counsel
500 Fifth Avenue
40th Floor
New York, New York 10110
Attorney for Defendant

**Hon. Norman A. Mordue, Senior U.S. District Judge:**

### MEMORANDUM-DECISION AND ORDER

At defendant's resentencing on October 20, 2016, this Court imposed a sentence on Count 1 – the sole remaining count of conviction – of 48 months incarceration, followed by 3 years of supervised release, and restitution in the amount of $88,000 to be paid immediately. On October 24, 2016, before judgment was entered, the Government moved (Dkt. No. 144) to modify the restitution amount on the ground that it had been awarded in error and that in fact there was no loss related to Count 1. There is no opposition to the motion. It is therefore

ORDERED that the motion (Dkt. No. 144) to modify restitution is granted; and it is further

ORDERED that the sentence imposed on October 20, 2016, is modified to eliminate the restitution award previously imposed and reflect that no restitution shall be due and owing from the defendant; and it is further

ORDERED that judgment shall be entered accordingly.

IT IS SO ORDERED.

Date:   October 26, 2016
        Syracuse, New York

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge